[No. 16088-5-I.   Division One.   September 22, 1986.]

FRED K. GERLACH, *Appellant*, v. INDIAN HEAD, INC.,
*Respondent.*

Appeal from a judgment of the Superior Court for Sno-

homish County, No. 84–2–01242–9, Gerald L. Knight, J., entered March 19, 1985. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Dolliver and Schultheis, JJ. Pro Tem.